**Richard McCOOL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41001.**

Missouri Court of Appeals,
Western District.

April 18, 1989.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).